IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEMIR D. SIRAZI, GREENSTONE CAPITAL, L.L.C. and MARDINI, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:12-cv-00653 |
| vs. | ) ) | Hon. William T. Hart |
| GENERAL MEDITERRANEAN HOLDING, SA, ORIFARM, SA, and NADHMI AUCHI, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' PROPOSED TRIAL
EXHIBITS BEING OFFERED IN THEIR ORIGINAL FORM**

NOW COME the defendants, General Mediterranean Holding, SA, Orifarm, SA, and Nadhmi Auchi, by and through their attorneys, Law Offices of Joseph D. Ryan, P.C., and submit to the court the defendants' proposed trial exhibits that the defendants will be offering at trial in their original form. With respect to this submission, the defendants state as follows:

1. On December 16, 2014, the parties submitted their Proposed Final Pretrial Order. (Docket No. 304).

2. In addition to the parties' proposed joint trial exhibits, the Proposed Final Pretrial Order set forth the defendants' proposed trial exhibits. (Docket No. 304-4, Schedule C-3: Defendants' Offered Exhibits Not Objected To By Plaintiffs; Docket No. 304-5, Schedule C-4: Exhibits Offered By Defendants And Objected To By Plaintiffs).

3. From amongst the defendants' proposed trial exhibits set forth in the Proposed Final Pretrial Order, the defendants will be offering the following exhibits at trial in their original form; the exhibits are attached hereto under their respective designations:

    a. DX 135; DX 148; DX 150; DX 154; DX 179; DX 185; DX 186; DX 187; DX 190; DX 282; DX 283; DX 287; DX 304; DX 308; DX 309; DX 312; DX 313; DX 314; DX 315; DX 334; DX 372; DX 374; DX 375; DX 376; DX 378; DX 388; DX 391; DX 392; DX 397; DX 403; DX 405; DX 407; DX 409; DX 410; DX 411; DX 412; DX 415; DX 425; DX 432; DX 434; DX 437; DX 440; DX 444; DX 445; DX 460; DX 465; DX 470.

4. From amongst the defendants' proposed trial exhibits set forth in the Proposed Final Pretrial Order, the defendants withdraw the following exhibits and will not be offering them at trial:

    a. DX 58; DX 125; DX 131; DX 136; DX 137; DX 139; DX 149; DX 151; DX 189; DX 225; DX 302; DX 307; DX 310; DX 382; DX 393; DX 394; DX 399; DX 400; DX 401; DX 402; DX 404; DX 406; DX 408; DX 413; DX 416; DX 418; DX 420; DX 421; DX 422; DX 424; DX 426; DX 428; DX 430; DX 435; DX 436; DX 439; DX 442; DX 443; DX 446; DX 448; DX 453; DX 456; DX 457; DX 459; DX 461; DX 462.

5. Contemporaneously with this submission, the defendants are separately filing two related documents: Defendants' Proposed Trial Exhibits Being Offered in Abstracted or Redacted Form; and Defendants' Proposed Trial Exhibits that are Subject to Rulings of the Court.

WHEREFORE, the defendants, General Mediterranean Holding, SA, Orifarm, SA, and Nadhmi Auchi, respectfully request that the court issue an order deeming the attached exhibits to be admissible at trial, and/or that the court enter any order that it deems just and equitable.

    Respectfully submitted,

    General Mediterranean Holding, SA, Orifarm, SA, and Nadhmi Auchi

    /s/ Joseph D. Ryan
    An attorney for the defendants

Law Offices of Joseph D. Ryan, P.C.
1896 Sheridan Road
Highland Park, IL 60035
(847) 432-5971
ARDC # 6192344

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEMIR D. SIRAZI, GREENSTONE CAPITAL, L.L.C. and MARDINI, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:12-cv-00653 |
| vs. | ) ) | Hon. William T. Hart |
| GENERAL MEDITERRANEAN HOLDING, SA, ORIFARM, SA, and NADHMI AUCHI, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING**

To: Seth R. Yohalem
Scandaglia & Ryan
55 East Monroe, Suite 3440
Chicago, IL 60603

Please take notice that on May 12, 2015, we filed with the Clerk of the Court the attached Defendants' Proposed Trial Exhibits Being Offered in their Original Form.

      /s/ Joseph D. Ryan
Joseph D. Ryan
Law Offices of Joseph D. Ryan, P.C.
1896 Sheridan Road
Highland Park, IL 60035
(847) 432-5971
ARDC No. 6192344

**CERTIFICATE OF SERVICE**

I, Joseph D. Ryan, an attorney, state that service of this notice and accompanying document(s) was accomplished upon the individual(s) listed above pursuant to Electronic Case Filing as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User on May 12, 2015.

    /s/ Joseph D. Ryan
      Joseph D. Ryan