UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Semir D. Sirazi, et al.

Plaintiff,

v.

Case No.: 1:12−cv−00653
Honorable William T. Hart

General Mediterranean Holding, SA, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2015:

MINUTE entry before the Honorable William T. Hart: As to exhibits to which defendants have raised objections, and where applicable subject to completeness, the following are received in evidence: (1) Joint Exhibits 6–11, 14–18, 20, 21, 26, 28, 33–35, 38–41, 43, 45–47, 49, 51–62, 64–65. 69–70, 72–76, 79–84, 87–90, 93–96, 98–104, 107–110, 112–13, & 115; and (2) Plaintiffs Exhibits 3, 4, 7–10, 18, 22, 24, 27, 28, 30–32, 39, 50, 53, 66, 70–72, 79, 81, 87, 97, 107, 116, 121, 124–28, 131, 137, 145–47, 149–51, 164, 166–71, 174–75, 181, 183–84, 187, 198–99, 216–17, 219, 237, 239, 252, 254, 256–57, 261, 264, 276–77, 282, 326–28, 330–35, 341, 348–52, 354–64, & 374–78. As to exhibits to which defendants have raised objections, the following are refused: Plaintiffs Exhibits 123,153–55, 158, 160, 165, & 243–44, & 367–72. As to exhibits to which defendants have raised objections, the following are withdrawn: Plaintiffs Exhibits 142, 152, 161, 163, 172, 220, 246, 263 & 293. As to exhibits to which defendants have raised objections, parts of the following may be read into the evidence, but not shown to the jury: Plaintiffs Exhibits 176–77, 221, 224, 228, 240, & 373. As to exhibits to which defendants have raised objections, the following may only be used, where appropriate, for cross examination: Plaintiffs Exhibits 122, 178–79, 185, 190–96, 340, As to exhibits to which defendants have raised objections, rulings as to the following are reserved: (1) Joint Exhibit 111 and (2) Plaintiffs Exhibits 101, 119, 180, 201–06. As to exhibits to which defendants have raised objections, the following are received subject to being abstracted: Plaintiffs Exhibits 162 & 173.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.