

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Semir D. Sirazi, et al.** )
    Plaintiff(s) )
) Case No. 12 C 653
)
v. )
)
)
**General Mediterranean Holding, SA, et al.** )
    Defendant(s) )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Semir D. Sirazi, Greenstone Capital L.L.C. and Mardini, Inc.
and against defendant(s) General Mediterranean Holding, SA, Orifarm, SA and Nadhmi Auchi in the amount of $12,900,000.00 in compensatory damages.

Judgment as to punitive damages is entered in favor of plaintiffs and against defendants General Mediterranean Holding, SA and Orifarm, SA in the amount of $5,000,000.00 and against defendant Nadhmi Auchi in the amount of $5,000,000.00.

        which ☐ includes     pre–judgment interest.
        ☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge William T. Hart presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motions for

Date: 6/22/2015         Thomas G. Bruton, Clerk of Court

        /s/ Carol Wing,, Deputy Clerk