ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Semir D. Sirazi, et al.** )
      Plaintiff(s) ) Case No. 12 C 653
)
v. )
)
**General Mediterranean Holding, SA, et al.** )
      Defendant(s) )

## AMENDED JUDGMENT IN A CIVIL CASE

Amended judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
       and against defendant(s)

       which ☐ includes     pre–judgment interest.
       ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
       and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒     other: Amended judgment is entered in favor of plaintiffs Semir D. Sirazi, Greenstone Capital LLC. and Mardini, Inc. and against defendants General Mediterranean Holding, SA and Orifarm, SA in the amount of $17,900,000 with costs (does not include pre-judgment interest).. Amended judgment is entered in favor of defendant Nadhmi Auchi and against plaintiffs Semir D. Sirazi, Greenstone Capital LLC. and Mardini, Inc. dismissing the cause of action as against defemdamt Nadhmi Auchi with prejudice.

This action was *(check one)*:

☐     tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐     tried by Judge     without a jury and the above decision was reached.
☒     decided by Judge William T. Hart     on motions to set aside jury verdict, for pre-judgment interest, and for a new trial.

Date:    11/5/2015            Thomas G. Bruton, Clerk of Court

               /s/ Carol Wing,, Deputy Clerk